# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SHARON M. GILESS  
       5119 HICKORY LANE         SSN-xxx-xx-8024  
       MCHENRY, IL  60050

Case Number: 04-75586

Case filed on: 11/9/2004  
Plan Confirmed on: 1/21/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $17,371.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY SCOTT A BENTLEY | 1,694.00 | 1,694.00 | 1,694.00 | 0.00 |
|  | Total Legal | 1,694.00 | 1,694.00 | 1,694.00 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 394.00 | 394.00 | 394.00 | 9.42 |
| 004 | INTERNAL REVENUE SERVICE | 1,996.14 | 1,996.14 | 1,996.14 | 29.50 |
|  | Total Priority | 2,390.14 | 2,390.14 | 2,390.14 | 38.92 |
| 999 | SHARON M. GILESS | 0.00 | 0.00 | 8.75 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 8.75 | 0.00 |
| 001 | TOYOTA MOTOR CREDIT CORPORATION | 12,319.18 | 0.00 | 0.00 | 0.00 |
| 002 | WASHINGTON MUTUAL | 198,478.58 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 210,797.76 | 0.00 | 0.00 | 0.00 |
| 003 | ILLINOIS DEPARTMENT OF REVENUE | 30.00 | 30.00 | 30.00 | 3.33 |
| 004 | INTERNAL REVENUE SERVICE | 23.56 | 23.56 | 23.56 | 2.67 |
| 005 | 10 MINUTE PAY DAY LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | A-ALL FINANCIAL SERVICES | 332.45 | 332.45 | 332.45 | 31.57 |
| 007 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ADVANCE TO PAYDAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALLSTATE INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AMERICASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ASPIRE VISA | 822.52 | 822.52 | 822.52 | 77.83 |
| 012 | LVNV FUNDING LLC | 5,099.77 | 5,099.77 | 5,099.77 | 482.48 |
| 013 | CAMP DUNCAN YMCA | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CASH TO GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CHECK N GO | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | RESURGENT CAPITAL SERVICES | 1,270.26 | 1,270.26 | 1,270.26 | 120.19 |
| 019 | FAMILY SERVICE & COMMUNITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | GEICO DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MONEY MARKET PAYDAY EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | READ EDUCATION CENTER / AGBMS | 2,871.00 | 2,871.00 | 2,871.00 | 271.71 |
| 023 | UNITED STUDENT AID FUNDS | 46,132.08 | 0.00 | 0.00 | 0.00 |
| 024 | UNIVERSAL CASH EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MONARCH SERVICES GROUP, LLC | 625.00 | 625.00 | 625.00 | 59.14 |
|  | Total Unsecured | 57,206.64 | 11,074.56 | 11,074.56 | 1,048.92 |
|  | Grand Total: | 272,088.54 | 15,158.70 | 15,167.45 | 1,087.84 |

Total Paid Claimant:    $16,255.29  
Trustee Allowance:     $1,115.71  
Percent Paid Unsecured:   100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

            /s/ Lydia S. Meyer  
           Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 04/18/2008                By  /s/Heather M. Fagan